IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-mc-00162-RBJ-KLM

NEXUS DISPLAY TECHNOLOGIES LLC,

    Plaintiff,

v.

MPEG LA, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Notice of Pending Settlement and Request to Hold Motion in Abeyance** [#10] (the "Motion"). In light of the parties' expected settlement of this matter,

    IT IS HEREBY **ORDERED** that the Motion [#10] is **GRANTED**. The Court will hold in abeyance any ruling on Plaintiff's Motion to Compel and for Contempt [#1] for thirty days from the date of the Motion [#10], i.e., through January 13, 2016. The parties shall file a Status Report **no later than January 13, 2016**, if dismissal papers have not been filed before that date.

    Dated: December 21, 2015