IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-mc-00162-RBJ-KLM

NEXUS DISPLAY TECHNOLOGIES LLC,

    Plaintiff,

v.

MPEG LA, LLC,

    Defendant.
_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Status Report and Joint Request for Additional Stay** [#16] (the "Motion"). This is now the parties' third request for a stay In light of their expected settlement of this matter. *See* [#10, #13, #16]. The Court observes that the underlying Motion to Compel and for Contempt [#1] has been pending for a significant period, since August 31, 2015. Leaving this Motion pending for such a period is having a distortive effect on the statistical and administrative recordkeeping of the Court.

    Pursuant to D.C.COLO.LCivR 41.2, "[a] district judge . . . may order the clerk to close a civil action administratively subject to reopening for good cause. Administrative closure of a civil action terminates any pending motion. Reopening of a civil action does not reinstate any motion." Given "the fact that this dispute is likely moot or will soon be moot," *Motion* [#16] at 2, the Court finds that this case is eminently well-suited for

administrative closure.

For the foregoing reasons, the Court respectfully **RECOMMENDS** that this case be **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2 and that it shall be subject to reopening only upon a showing of good cause.

IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED** to the extent that the stay shall remain in place until the District Judge issues a ruling on this Recommendation.

IT IS FURTHER **ORDERED** that pursuant to Fed. R. Civ. P. 72, the parties shall have fourteen (14) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.  A party's failure to serve and file specific, written objections waives de novo review of the Recommendation by the District Judge, Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. *Makin v. Colo. Dep't of Corr.*, 183 F.3d 1205, 1210 (10th Cir. 1999); *Talley v. Hesse*, 91 F.3d 1411, 1412-13 (10th Cir. 1996).  A party's objections to this Recommendation must be both timely and specific to preserve an issue for de novo review by the District Court or for appellate review.  *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated:  February 17, 2016

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge